UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CELIA GARCIA | CIVIL ACTION |
| VERSUS | NO. 24-1534 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "J"(3) |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 16), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Defendant's unopposed *Motion to Reverse and Remand Complaint* **(Rec. Doc. 14)** is **GRANTED**, and judgment is entered **REVERSING** the Administrative Law Judge's decision and **REMANDING** the case for further administrative proceedings.

New Orleans, Louisiana, this 3rd day of January, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE